**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DRINK LMNT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIVE OASIS, LLC, and<br>CORMAC HAYDEN,<br><br>Defendants. | Civil Action No._____________ |

**RULE 7.1 CORPORATE DISCLOSURE**
**STATEMENT OF DRINK LMNT, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Drink LMNT, Inc. states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

*/s/ Michael A. Barlow*
Michael A. Barlow (#3928)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
500 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 302-4000
michaelbarlow@quinnemanuel.com

*Attorneys for Plaintiff*

OF COUNSEL:

Alex Spiro
Renita Sharma
Michael Bloom
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10016
(212) 849-7000

Cory Wroblewski
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
3100 McKinnon St., #1125
Dallas, Texas 75201
(469) 902-3600

Dated: June 10, 2026