AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
District of Delaware

| | | |
|---|---|---|
| DRINK LMNT, INC. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:26-cv-00677-UNA |
| LIVE OASIS, LLC, and CORMAC HAYDEN, | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Live Oasis, LLC
c/o LegalInc. Corporate Services Inc.
131 Continental Drive, Suite 305
Newark, DE 19713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael A. Barlow, Esquire
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/10/2026

UNITED STATES DISTRICT COURT ★ DISTRICT OF DELAWARE ★

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00677-UNA

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Live Oasis, LLC
was received by me on *(date)* 06/12/2026 .

❐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kat Pearsall - Authorized to accept , who is designated by law to accept service of process on behalf of *(name of organization)* Legalinc. Corporate Services, Inc 131 Continental Dr., Suite 305, Newark, DE @1:00 p.m. on *(date)* 06/12/2026 ; or

❐ I returned the summons unexecuted because ______________________ ; or

❐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/12/2026

[signature]
*Server's signature*

Sheila DiNardo - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc: