**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DRINK LMNT, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIVE OASIS, LLC, and <br> CORMAC HAYDEN, <br><br> Defendants. | Civil Action No. 1:26-cv-00677-JLH |

**STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT**

WHEREAS Plaintiff Drink LMNT, Inc. ("LMNT") filed its Complaint in this action on June 10, 2026 (D.I. 1);

WHEREAS LMNT served Defendant Live Oasis, LLC on June 12, 2026 (D.I. 5);

WHEREAS, Live Oasis, LLC's current deadline to respond to the Complaint is Monday, July 6, 2026 (see Fed. R. Civ. P. 12(a)(1)(A)(i));

WHEREAS counsel for Defendant Cormac Hayden has executed a waiver of service pursuant to Fed. R. Civ. P. 4(d) concurrently with this stipulation, making Defendant Hayden's deadline to respond to the Complaint August 31, 2026 (see Fed. R. Civ. P. 4(d), 12(a)(1)(A)(ii));

WHEREAS the parties have conferred and agreed that good cause exists to extend Defendants' time to respond to the Complaint by 60 days from July 6, 2026, and to align the response deadlines for both Defendants;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties through their undersigned counsel, subject to the approval of the Court, that:

1.    Defendants Live Oasis, LLC and Hayden shall each have until September 4, 2026, to respond to the Complaint, which is 60 days from Live Oasis, LLC's original response deadline.

2.    By entering into this stipulation, the parties do not waive, and expressly reserve, all rights and defenses.

Date:  July 6, 2026

/s/ *Michael A. Barlow*
Michael A. Barlow (#3928)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
500 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 302-4000
michaelbarlow@quinnemanuel.com

OF COUNSEL:

Alex Spiro
Renita Sharma
Michael Bloom
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10016
(212) 849-7000

Cory Wroblewski
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
3100 McKinnon St., #1125
Dallas, Texas 75201
(469) 902-3600

*Attorneys for Plaintiff*

/s/ *Alan R. Silverstein*
Alan R. Silverstein (#5066)
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300
asilverstein@connollygallagher.com

Josh Gordon
PAUL HASTINGS LLP
1999 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
Direct:  +1.310.620.5720
Main:  +1.310.620.5700
Fax:  +1.310.620.5820
joshgordon@paulhastings.com
www.paulhastings.com

*Attorney for Defendants*

2

SO ORDERED this _____ day of _____, 2026.


_____
The Honorable Jennifer L. Hall
United States District Court Judge

3