**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DRINK LMNT, INC.<br><br>Plaintiff,<br><br>v.<br><br>LIVE OASIS, LLC, and<br>CORMAC HAYDEN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 26-0677-JLH |

**DEFENDANTS' MOTION TO TRANSFER AND MOTION TO**
**PARTIALLY DISMISS THE COMPLAINT**

Defendants Live Oasis, LLC and Cormac Hayden (together "Defendants") respectfully move pursuant to Federal Rule of Civil Procedure 12(b)(3), 28 U.S.C. § 1406(a) and 28 U.S.C. § 1404(a), to transfer this action to the Central District of California.

Should the Court deny Defendants' motion to transfer, Defendant Cormac Hayden moves to dismiss pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure for lack of personal jurisdiction. Defendants further move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to partially dismiss the Complaint filed by Plaintiff Drink LMNT, Inc. for failure to state a claim upon which relief may be granted for Counts I, III, IV, V and VI.

The grounds for this motion are further set forth in Defendants' opening brief, which is being filed contemporaneously herewith.

CONNOLLY GALLAGHER LLP

/s/ *Alan R. Silverstein*
Alan R. Silverstein (#5066)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300
asilverstein@connollygallagher.com

*Attorneys for Defendants*
*Live Oasis, LLC and Cormac Hayden*

OF COUNSEL:

Jeremiah T. Reynolds
Eric C. Pettis
EISNER LLP
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
(310) 855-3200
jreynolds@eisnerlaw.com
epettis@eisnerlaw.com

Dated: October 5, 2026