**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DRINK LMNT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 26-0677-JLH |
| v. | ) | |
| | ) | |
| LIVE OASIS, LLC, and | ) | |
| CORMAC HAYDEN, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING MOTION TO TRANSFER**

Having considered Defendants Live Oasis, LLC's and Cormac Hayden's Motion to Transfer and the related briefs submitted by the parties, IT IS HEREBY ORDERED this _____ day of _______________, 2026 that the Motion is GRANTED for lack of venue pursuant to 28 U.S.C. § 1406 and this case is transferred to the Central District of California.

______________________________________
The Honorable Jennifer L. Hall