**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DRINK LMNT, INC.<br><br>Plaintiff,<br><br>v.<br><br>LIVE OASIS, LLC, and<br>CORMAC HAYDEN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 26-0677-JLH |

**<u>RULE 7.1.1 CERTIFICATION</u>**

The undersigned certifies that, pursuant to Local Rule 7.1.1, counsel for Defendants conferred with counsel for Plaintiff by telephone in a good faith attempt to reach agreement on the non-dispositive portions of this motion. Counsel for Plaintiff confirmed it will oppose this Motion.

CONNOLLY GALLAGHER LLP

*<u>/s/ Alan R. Silverstein</u>*
Alan R. Silverstein (#5066)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300
asilverstein@connollygallagher.com

*Attorneys for Defendants*
*Live Oasis, LLC and Cormac Hayden*

OF COUNSEL:

Jeremiah T. Reynolds
Eric C. Pettis
EISNER LLP
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
(310) 855-3200
jreynolds@eisnerlaw.com
epettis@eisnerlaw.com

Dated: October 5, 2026