**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DRINK LMNT, INC.<br><br>Plaintiff,<br><br>v.<br><br>LIVE OASIS, LLC, and<br>CORMAC HAYDEN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 26-0677-JLH |

**DECLARATION OF CORMAC HAYDEN IN SUPPORT OF**
**DEFENDANTS' MOTION TO TRANSFER AND DISMISS**

I, Cormac Hayden, declare as follows:

1. I am the founder and Managing Member of Live Oasis, LLC ("Oasis"), a defendant in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to them.

2. I currently reside in California. During the relevant period, I personally operated Oasis's social-media accounts and participated in the preparation and publication of the Drink LMT, Inc. ("LMNT") content at issue in this case.

3. Oasis is a Delaware limited liability company with its principal place of business in California. Its day-to-day operations are conducted primarily in California. Oasis does not maintain an office or other place of business in Delaware and has no Delaware bank account, telephone number, mailing address, property, employees, or other operational presence. Its connection to Delaware is its organization as a Delaware limited liability company.

4. None of the testing review, product scoring, drafting, editing, publication, maintenance, correction, or removal decisions concerning the LMNT content challenged in this case occurred in Delaware, and no person working for Oasis performed any of that work in Delaware.

5. Neither Oasis nor I undertook any Delaware-specific activity relating to LMNT or the challenged statements. I did not prepare, publish, or direct any challenged statement specifically to Delaware residents or a Delaware audience, and Oasis did not undertake any Delaware-specific advertising, publication, testing, scoring, or other activity relating to LMNT. The Oasis website, application, and social-media accounts were available to users generally and were not created or operated for the purpose of targeting Delaware.

6. The relevant Oasis records concerning LMNT are maintained electronically and are accessible to me from California. Oasis does not maintain any physical repository of relevant

records in Delaware.

7. The individuals with material knowledge concerning Oasis's review of laboratory information, scoring methodology, publication process, and correction process are located in California. To the extent any third-party witnesses have information relevant to this lawsuit, I am not aware of any such witnesses who are located in Delaware. I likewise am not aware of any witness in Delaware who participated in the testing review, scoring, drafting, publication, maintenance, correction, or removal of the LMNT content challenged in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of October 2026, at Venice, California.

[signature]

Cormac Hayden