**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DRINK LMNT, INC.<br><br>Plaintiff,<br><br>v.<br><br>LIVE OASIS, LLC, and<br>CORMAC HAYDEN,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) | C.A. No. 26-0677-JLH |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Jeremiah T. Reynolds and Eric C. Pettis of Eisner, LLP, 433 N. Camden Drive, 4th Floor, Beveryly Hills, CA 90210, to represent Defendants Live Oasis, LLC and Cormac Heyden in this matter.

CONNOLLY GALLAGHER LLP

*/s/ Alan R. Silverstein*
Alan R. Silverstein (#5066)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300
asilverstein@connollygallagher.com

*Attorneys for Defendants*
*Live Oasis, LLC and Cormac Hayden*

Dated: October 5, 2026

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Jeremiah T. Reynolds and Eric C. Pettis is granted.

Dated: __________

______________________________
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid "to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted" to the Clerk's Office upon the filing of this motion.

*<u>/s/ Jeremiah T. Reynolds</u>*

Jeremiah T. Reynolds
Eisner, LLP
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
(310) 855-3253
jreynolds@eisnerlaw.com

Dated: October 5, 2026

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid "to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted" to the Clerk's Office upon the filing of this motion.

*<u>/s/ Eric C. Pettis</u>*

Eric C. Pettis
Eisner, LLP
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
(310) 855-3253
epettis@eisnerlaw.com

Dated: October 5, 2026