**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DRINK LMNT, INC.<br><br>Plaintiff,<br><br>v.<br><br>LIVE OASIS, LLC, and<br>CORMAC HAYDEN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 26-CV-677-JLH |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO TRANSFER AND MOTION TO PARTIALLY DISMISS**

WHEREAS, on October 5, 2026, Defendants filed their Motion to Transfer and Motion to Partially Dismiss the Complaint (D.I. 9) and Opening Brief in support (D.I. 10);

WHEREAS, counsel for the parties have pre-scheduled commitments during the current briefing period, and good cause exists to extend the briefing schedule;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties through their undersigned counsel, subject to the approval of the Court, that:

1. Plaintiff's answering brief in opposition to Defendants' Motion to Transfer and Motion to Partially Dismiss shall be due on or before November 2, 2026.

2. Defendants' reply brief shall be due on or before November 16, 2026.

3. This stipulation is without prejudice to, and does not waive, any party's claims, defenses, or arguments.

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

/s/ *Christine J. Chen*
Michael A. Barlow (#3928)
Christine J. Chen (#7499)
500 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 302-4000
michaelbarlow@quinnemanuel.com
christinechen@quinnemanuel.com

OF COUNSEL:

Alex Spiro
Renita Sharma
Michael Bloom
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10016
(212) 849-7000

Cory Wroblewski
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
3100 McKinnon St., #1125
Dallas, Texas 75201
(469) 902-3600

*Attorneys for Plaintiff*

CONNOLLY GALLAGHER LLP

*/s/ Alan R. Silverstein*
Alan R. Silverstein (#5066)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300
asilverstein@connollygallagher.com

OF COUNSEL:

Jeremiah T. Reynolds
Eric C. Pettis
EISNER LLP
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
(310) 855-3200
jreynolds@eisnerlaw.com
epettis@eisnerlaw.com

*Attorneys for Defendants*

Dated: October 9, 2026

IT IS SO ORDERED this _____ day of ________________, 2026.

_________________________________
The Honorable Jennifer L. Hall
United States District Court Judge