**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DRINK LMNT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 26-CV-677-JLH |
| v. | ) | |
| | ) | |
| LIVE OASIS, LLC, and | ) | |
| CORMAC HAYDEN, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF JACOB ROGERS IN SUPPORT OF PLAINTIFF LMNT, INC.'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER AND MOTION TO DISMISS**

I, Jacob Rogers, declare as follows:

1. I am the Corporate Controller of Plaintiff Drink LMNT, Inc. ("LMNT"), and have held that position since July 2025. I have been employed at LMNT since July 2024. I make this declaration from personal knowledge and from my review of LMNT's business records, which are made and kept in the ordinary course of its business, including its sales, order, and shipping records. If called as a witness, I could and would testify competently to these facts.

2. LMNT makes and sells electrolyte drink mixes. It sells to customers throughout the United States through its various channels including its direct-to-consumer website. LMNT's records identify the shipping address for each order placed from its direct-to-consumer website. Based on LMNT's records, from December 1, 2024 to October 27, 2026, LMNT sold approximately 9,093 units through its direct-to-consumer website to 3,133 unique customers with shipping addresses in Delaware, totaling approximately $753,961 in net revenue.

3. LMNT also sells its product through additional direct-to-consumer channels such as Amazon.com and Walmart.com, as well as wholesale and retail accounts located in Delaware.

Based on LMNT's records, from December 1, 2024 to October 27, 2026, LMNT sold approximately 181,881 units to such channels and accounts, each with shipping addresses in Delaware, totaling approximately $2,063,733 in net revenue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 2, 2026, at Louisville, KY.

________________________________
Jacob Rogers