**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DRINK LMNT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 26-CV-677-JLH |
| v. | ) | |
| | ) | |
| LIVE OASIS, LLC, and | ) | |
| CORMAC HAYDEN, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF CARLEY CARTER IN SUPPORT OF PLAINTIFF DRINK LMNT, INC.'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER**

I, Carley Carter, declare as follows:

1. I am a paralegal at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Drink LMNT, Inc. ("LMNT") in this action. I am over 18 years of age. I make this declaration from personal knowledge and from my review of the public web pages, social-media posts, and mobile-application screens described below. If called as a witness, I could and would testify competently to these facts.

2. Under the direction of counsel, I accessed and captured the materials described below. Each exhibit is a true and correct copy of the material as it appeared on the date and at the time shown on the exhibit or stated in this declaration. I did not alter any exhibit beyond taking snapshots of Defendant Cormac Hayden's X posts.

3. Exhibits A, B, and C contain true and correct copies of posts published on the X account @cormachayden_, captured on October 30, 2026. The account displays the name "Cormac," which I understand is Hayden's personal X account and is regularly linked to Defendant Oasis's official X account. Exhibit C contains true and correct copies of a post published on the X

account @oasishealthapp and a post published on Facebook on the account Oasis App. In describing the posts below, I describe only what each post shows on its face.

4. Exhibit A contains eight posts, at the following addresses and dated as follows: (1) November 28, 2024 [https://x.com/cormachayden_/status/1862303756802723984]; (2) December 1, 2024 [https://x.com/cormachayden_/status/1863226952238375030]; (3) December 9, 2024 [https://x.com/cormachayden_/status/1866045194342469884]; (4) December 11, 2024 [https://x.com/cormachayden_/status/1866856698125881711]; (5) a second post from December 11, 2024 [https://x.com/cormachayden_/status/1867009938196996298]; (6) December 12, 2024 [https://x.com/cormachayden_/status/1867334822328418778]; (7) December 14, 2024 [https://x.com/cormachayden_/status/1867932610019942854]; and (8) December 17, 2024 [https://x.com/cormachayden_/status/1869060789677826517].

5. The November 28, 2024 post carries the caption "Research and development" with tropical trees in the background. The December 1, 2024 post shows Hayden in a pool overlooking the ocean and tropical trees. The December 9, 2024 post states "New office who this" with Hayden holding is laptop over a tropical forest. The December 11, 2024 posts references Bali, Indonesia, and later show him in a pool, in the rain, and overlooking a tropical forest. The December 12 and 14 posts continue to show Hayden working in that same country, mentioning that "You can generate massive value from anywhere using . . . AI agents." A few days later and on December 17, 2024, Hayden posted that it is "Good to be home."

6. Exhibit B contains five posts, at the following addresses and dated as follows: (1) May 7, 2026 [https://x.com/cormachayden_/status/2052595506216649102]; (2) May 10, 2026 [https://x.com/cormachayden_/status/2053491215577088314]; (3) May 11, 2026 [https://x.com/cormachayden_/status/2053842176631808166]; (4) May 14, 2026

[https://x.com/cormachayden_/status/2054937636209557842]; and (5) May 17, 2026 [https://x.com/cormachayden_/status/2056039758183473326].

7. The May 7, 2026 post shows Hayden walking along a beach in what appears to be Bali, the same place he posted from in December 2024. In the posts in Exhibit B, Hayden states that he is "renting a remote villa" to work from, and in the May 11, 2026 post he refers to the villa as the "oasis house."

8. Exhibit C includes true and correct copies of posts published on the X account @oasishealthapp and @cormachayden_, and a post on Facebook under the account Oasis App.

9. The X account displays the name "Oasis." The post is dated August 6, 2026, at 2:06 PM [https://x.com/oasishealthapp/status/2085457519343018401], and begins with "Introducing the Oasis Science Board." It states that "Oasis scoring methodology is now reviewed and approved by a board of nutrition scientists, analytical chemists and clinicians," and lists five named individuals.

10. Eight minutes after Oasis's X post, Hayden re-posted Oasis's "Introducing the Oasis Science Board" post at 2:14 PM [https://x.com/cormachayden_/status/2085459399242563625].

11. The @oasishealthapp post in Exhibit C is no longer available on Oasis's X account, and under Hayden's re-post, the Oasis post states that it is "unavailable." However, the Oasis post remains available on other Oasis-affiliated accounts including Facebook, captured on October 30, 2026 [https://www.facebook.com/oasiswaterapp/posts/introducing-the-oasis-science-boardoasis-scoring-methodology-is-now-reviewed-and/122299815386218534/].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 30, 2026, at New York, New York.

Carley Carter