# Exhibit A

**Posts on X account @cormachayden_**

**November 28, 2024, through December 17, 2024**

← **Post**

**Cormac**
@cormachayden_

Research and development





Last edited 8:13 PM · Nov 28, 2024 · **3,645** Views

16

Post your reply

Reply

← **Post**

**Cormac**
@cormachayden_

Unlocked 🔓





9:21 AM · Dec 1, 2024 · **62.4K** Views

12 13 701 202

Relevant

Post your reply Reply

← **Post**

**Cormac**
@cormachayden_

New office who this






4:00 AM · Dec 9, 2024 · **15.6K** Views

8 71 23

Relevant

Post your reply Reply

**Post**

**Cormac**
@cormachayden_

Traveling without checking your water score on Oasis






9:44 AM · Dec 11, 2024 · **34.9K** Views

15 6 170 45

Relevant

Post your reply

Reply

← **Post**

**Cormac**
@cormachayden_

Necessity is the mother of all invention.

Since traveling:
- 10x growth
- Signed top talent
- Connected with amazing founders
- 200% downloads 🚀

Break the routine





Last edited 7:53 PM · Dec 11, 2024 · **31.4K** Views

7 2 155 51

Relevant

Post your reply Reply

**Post**

**Cormac**
@cormachayden_

All men want





5:24 PM · Dec 12, 2024 · **23.5K** Views

15 6 262 43

Relevant View quotes

Post your reply Reply

← **Post**

**Cormac**
@cormachayden_

Offices are overrated.

You can generate massive value from anywhere using:
• AI agents
• Virtual assistants
• UGC
• Code copilots

The biggest differentiator now?

Original ideas, perspectives and connection - which don't come from traditional workspaces.

Which come from
- Traveling
- Coworking with new people
- Talking shop in the sauna



9:00 AM · Dec 14, 2024 · **70.8K** Views

22 5 205 100

Relevant

View quotes >

Post your reply

Reply

**Post**

**Cormac**
@cormachayden_

Good to be home




11:43 AM · Dec 17, 2024 · **3,357** Views

6 1 30 2

Relevant View quotes

Post your reply Reply