# Exhibit B

**Posts on X account @cormachayden_**

**May 7, 2026 through May 17, 2026**

**Post**

**Cormac**
@cormachayden_

building from a remote country will heal you



11:44 PM · May 7, 2026 · **172.2K** Views

51 49 1.5K 286

Relevant

View quotes

Post your reply

Reply

← **Post**

**Cormac**
@cormachayden_

peak founder life is renting a remote villa and flying out your team to work for a week





11:03 AM · May 10, 2026 · **51K** Views

46 20 807 162

Relevant

View quotes ›

Post your reply

Reply

← **Post**

**Cormac**
@cormachayden_

oasis house





10:18 AM · May 11, 2026 · **31.6K** Views

20 24 813 108

Relevant

Post your reply

Reply

← **Post**

**Cormac**
@cormachayden_

all it takes is a laptop and insane amount of delusion





10:51 AM · May 14, 2026 · **79.8K** Views

55 53 1.3K 214

Relevant

View quotes

Post your reply

Reply

← **Post**

**Cormac**
@cormachayden_

rent a remote island villa with your team to scheme





11:50 AM · May 17, 2026 · **361.8K** Views

33 28 641 110

Relevant View quotes >

Post your reply Reply