# Exhibit C

**Posts on X account @oasishealthapp and @cormachayden_**
**Post on Facebook account @Oasis App**

**August 6, 2026**

**Oasis**
@oasishealthapp

Introducing the Oasis Science Board

Oasis scoring methodology is now reviewed and approved by a board of nutrition scientists, analytical chemists and clinicians:

- Jacob Hands, MD: Head of Science, 15 peer-reviewed publications, contamination and food safety
- Michael Lustgarten, PhD: 15 years at the USDA Human Nutrition Research Center at Tufts, ~5,000 citations
- Kurt Young, PhD: 30+ years in analytical chemistry, expert committees for AOAC, NIST, and USP
- Daisy Zamora, PhD: Associate Professor, UNC School of Medicine. Nutrition epidemiologist, contributed to the evidence review behind the 2025-2030 Dietary Guidelines
- Leigh Frame, PhD, MHS: Executive Director and Associate Professor at an R1 medical school. Translational nutrition and nutritional immunology

What this means in practice:

- Scores are built from accredited lab data
- Methods grounded in AOAC, NIST, and USP standards
- Every scoring rule links back to the evidence behind it
- Method changes logged in public
- A board of published researchers reviews the methodology behind ratings

Oasis is now also backed by a community of nearly 1m, who actively participate n fact-checking all published data and lab findings.

Thank you to everyone who's contributed so far to making Oasis the most trusted consumer health layer.

More exciting updates dropping soon




2:06 PM · Aug 6, 2026 · **17.3K** Views



**Cormac**
@cormachayden_

Our fight for a healthier future for consumers just got a lot stronger
x.com/oasishealthapp...

This post is unavailable.

2:14 PM · Aug 6, 2026 · **15.3K** Views

**Oasis App**

August 18 · Cinematic Inspiring Violins · Rafael Krux ·

Introducing the Oasis Science Board

Oasis scoring methodology is now reviewed and approved by a board of nutrition scientists, analytical chemists and clinicians:

- Jacob Hands, MD: Head of Science, 15 peer-reviewed publications, contamination and food safety
- Michael Lustgarten, PhD: 15 years at the USDA Human Nutrition Research Center at Tufts, ~5,000 citations
- Kurt Young, PhD: 30+ years in analytical chemistry, expert committees for AOAC, NIST, and USP
- Daisy Zamora, PhD: Associate Professor, UNC School of Medicine. Nutrition epidemiologist, contributed to the evidence review behind the 2025-2030 Dietary Guidelines
- Leigh Frame, PhD, MHS: Executive Director and Associate Professor at an R1 medical school. Translational nutrition and nutritional immunology

What this means in practice:

- Scores are built from accredited lab data
- Methods grounded in AOAC, NIST, and USP standards
- Every scoring rule links back to the evidence behind it
- Method changes logged in public
- A board of published researchers reviews the methodology behind ratings

Oasis is now also backed by a community of nearly 1m, who actively participate n fact-checking all published data and lab findings.

Thank you to everyone who's contributed so far to making Oasis the most trusted consumer health layer.

More exciting updates dropping soon




6 · 1 comment

Like · Comment

Most relevant

**Steph C Woodward**
hi there, I messaged you guys in a private message and I have been sending emails for the past two weeks on and off about the issue and nobody has responded. I'm not impressed at all.

10w