**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DRINK LMNT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIVE OASIS, LLC, and<br>CORMAC HAYDEN,<br><br>Defendants. | ) | C.A. No. 26-CV-677-JLH |

**PLAINTIFF DRINK LMNT, INC.'S REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO TRANSFER AND MOTION TO DISMISS**

Pursuant to D. Del. LR 7.1.4, Plaintiff Drink LMNT, Inc., by and through its undersigned counsel, respectfully requests that oral argument be scheduled on Defendants' Motion to Transfer and Motion to Dismiss (the "Motions"). D.I. 9. Plaintiff submits that oral argument will aid the Court's decision on the Motions and will give the parties an opportunity to respond promptly to any questions the Court may have about the Motions and the related briefing. Briefing was completed on November 16, 2026. D.I. 19.

/s/ Michael A. Barlow
Michael A. Barlow (#3928)
Christine J. Chen (#7499)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
500 Delaware Ave., Suite 1400
Wilmington, Delaware 19801
(302) 302-4000
michaelbarlow@quinnemanuel.com
christinechen@quinnemanuel.com

*Attorneys for Plaintiff Drink LMNT, Inc.*

*Of Counsel:*

Alex Spiro
Renita Sharma
Michael Bloom
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10016
(212) 849-7000

Cory Wroblewski
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
3100 McKinnon St., #1125
Dallas, Texas 75201
(469) 902-3600

DATED: November 19, 2026